IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KEISHA D. SIMMONS, Independent Administrator of the Estate of STEVEN L. SMITH<br><br>      Plaintiff,<br><br>      v.<br><br>CITATION OIL & GAS CORP.<br><br>      Defendant. | Case No. 3:19-cv-00053 |
| CITATION OIL & GAS CORP.<br><br>      Third-Party Plaintiff,<br><br>      v.<br><br>PRECISION PLUGGING & SALES, INC.<br><br>      Third-Party Defendant. | |

**MEMORANDUM AND ORDER**

This matter comes before the Court on Plaintiff Keisha D. Simmons' Motion for Leave to File First Amended Complaint (Doc. 70).

In general, "a party may amend its pleading only with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2). "There is a presumption that a plaintiff should have an opportunity to test a claim on the merits," *Lee v. N.E. Ill. Reg'l Commuter R.R. Corp.*, 912 F.3d 1049, 1052 (7th Cir. 2019), so "the court should freely give leave when justice so requires," Fed. R. Civ. P. 15(a)(2).

Finding that no party objected to Plaintiff's motion, upon review of the additional allegations proposed by Plaintiff, and noting the removal of Plaintiff's prayer for damages regarding medical bills and lost wages, the Court GRANTS Plaintiff's Motion (Doc. 70). Plaintiff

1

is ORDERED to file its Amended Complaint within 7 days entry of this Order.

**IT IS SO ORDERED.**
**Dated: June 8, 2022**

**/s/ J. Phil Gilbert**
**J. PHIL GILBERT**
**DISTRICT JUDGE**
