IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KEISHA D. SIMMONS, independent Administrator of the estate of Steve L. Smith,<br><br>Plaintiff,<br><br>v.<br><br>CITATION OIL & GAS CORP.,<br><br>Defendant. | Case No. 19-cv-00053-JPG |
| CITATION OIL & GAS CORP.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>PRECISION PLUGGING & SALES, INC.<br><br>Third-Party Defendant. | |

## JUDGMENT

This matter having come before the Court, and all parties having stipulated to dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED: March 14, 2023**          MONICA A. STUMP, Clerk of Court
                                                        **s/Tina Gray, Deputy Clerk**


**Approved:**    **s/ J. Phil Gilbert**
                       **J. PHIL GILBERT**
                       **DISTRICT JUDGE**